WALKER J. BURNS, Individually and as Administrator of the Estate of MILDRED T. BURNS, Deceased, Respondent, *v.* JOHN G. TURNBULL et al., Appellants, et al., Defendants.

Argued May 14, 1945; decided May 17, 1945.

*Dudley C. Smith* and *Arthur T. Schmidt* for motion.
*John G. Turnbull* opposed.

Motion denied, with $10 costs.